# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          Case No. 6:07-cr-153-Orl-28DAB

**JESSICA L. STITES**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Vincent Citro |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Mark W. Ciaravella |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Angela Harris-Butler |
| **DATE/TIME:** | April 18, 2008 11:05-11:35 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

IMPRISONMENT:    60 Months.

Court Recommends:    That defendant be screened for psychiatric/psychological evaluations as soon as possible.  Court directs the U.S. Marshal's service make that recommendation known to the holding facility where defendant will be confined.  The court recommends that the BOP promptly designate defendant and that defendant participate in a substance abuse treatment program while incarcerated within the BOP.  That defendant be confined at Coleman FCI or some other facility within the State of Florida.

Supervised Release:    5 years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

Participate in a program for mental health treatment and contribute to costs of program.

Community Service Program:    Perform 150 hours in lieu of paying a fine.

Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

DISMISSED COUNTS:    Count Two of the Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.